UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:12-cv-03045-MCE AC P |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

By order filed February 21, 2014, plaintiff's third amended complaint was dismissed and thirty days leave to file an amended complaint was granted. After this deadline passed, plaintiff filed a declaration explaining the reasons for his delay.[1] ECF No. 29. In this declaration, plaintiff averred that he had been transferred to a different prison and had suffered a painful injury, but stated that he intended to file the fourth amended complaint on April 3, 2014. Id. More than thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge

---

[1] Even using the prison mailbox rule, this declaration was not filed until April 2, 2014.

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 13, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2