UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | No. 2:12-cv-03045-MCE-AC-P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On May 14, 2014 this court issued Findings and Recommendations that this action be dismissed without prejudice based on plaintiff's failure to file a fourth amended complaint by March 23, 2014 as he was previously ordered to do. See ECF Nos. 28, 30. Plaintiff has now complied with the previous court order and has filed a fourth amended complaint. ECF No. 31.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations entered on May 14, 2014 are vacated;

2. Plaintiff's objections to the Findings and Recommendations (ECF No. 32) are disregarded as moot; and,

////

////

1

3. The court will screen plaintiff's fourth amended complaint in due course.

DATED: May 29, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE